IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Thompson, Vernetta | Case Number:  04 B 20082 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  11/20/07 | Filed:  5/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 2, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,911.80 | |
| Secured: | | 10,702.50 |
| Unsecured: | | 2,302.60 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 861.38 |
| Other Funds: | | 1,345.32 |
| Totals: | 17,911.80 | 17,911.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Rescues | Administrative | 2,700.00 | 2,700.00 |
| 2. | Household Automotive Finance Corp | Secured | 10,702.50 | 10,702.50 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 143.00 | 384.18 |
| 4. | SBC | Unsecured | 96.98 | 260.54 |
| 5. | Accounts Receiveable Service | Unsecured | 169.06 | 454.19 |
| 6. | Peoples Energy Corp | Unsecured | 272.66 | 0.00 |
| 7. | Household Automotive Finance Corp | Unsecured | 448.04 | 1,203.69 |
| 8. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 9. | Advocate Professional Group | Unsecured | | No Claim Filed |
| 10. | JBC & Associates | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | CRA Security Systems | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | Debt Credit | Unsecured | | No Claim Filed |
| 16. | University Eye Specialists | Unsecured | | No Claim Filed |
| 17. | TCF Bank | Unsecured | | No Claim Filed |
| 18. | Sprint | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,532.24 | $ 15,705.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 250.49 |
| 4% | 59.64 |
| 3% | 44.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thompson, Vernetta

Printed:  11/20/07

Case Number:  04 B 20082
Judge:  Goldgar, A. Benjamin
Filed:  5/24/04

|  |  |
|---|---|
| 5.5% | 222.59 |
| 5% | 63.90 |
| 4.8% | 143.14 |
| 5.4% | 76.89 |
|  | _____ |
|  | $ 861.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_